1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

12  JOHN R. BAILEY, P.C., a Nevada professional )
    corporation,                                 )   Case No. 2:12-cv-00131-LRH-GWF
13                                               )
                    Plaintiff,                   )
14                                               )   **STIPULATION AND ORDER OF**
                                                 )   **DISMISSAL OF ACTION WITH**
15          vs.                                  )   **PREJUDICE**
                                                 )
16  2010-1 CRE VENTURE, LLC, a Delaware          )
    limited liability company; and FEDERAL       )
17  DEPOSIT INSURANCE CORPORATION,               )
    as Receiver for COMMUNITY BANK OF            )
18  NEVADA,                                      )
                                                 )
19                  Defendants,                  )
    _____    )
20                                               )
    2010-1 CRE VENTURE, LLC, a Delaware          )
21  limited liability company,                   )
                                                 )
22                  Counterclaimant,             )
            vs.                                  )
23                                               )
    JOHN R. BAILEY, P.C., a Nevada               )
24  professional corporation,                    )
                                                 )
25                  Counterdefendant,            )
    _____    )

1

1   2010-1 CRE VENTURE, LLC, a Delaware )
    limited liability company,            )
2                                         )
                                          )
3              Third-Party Plaintiff,     )
                                          )
       vs.                                )
4                                         )
    JOHN R. BAILEY, individually and as   )
5   Trustee of the JRB-TAT BAILEY FAMILY  )
    TRUST; and TERI ANN THOMAS, as        )
6   Trustee of the JRB-TAT BAILEY FAMILY  )
    TRUST.                                )
7                                         )
               Third-Party Defendants.    )
                                          )
8

9          Pursuant to Fed. R. Civ. P. 41, Plaintiff/Counterdefendant JOHN R. BAILEY, P.C.;

10   Third-Party Defendants JOHN R. BAILEY, individually and as Trustee of the JRB-TAT

11   BAILEY FAMILY TRUST and TERI ANN THOMAS, as Trustee of the JRB-TAT BAILEY

12   FAMILY TRUST;  Defendant/Counterclaimant/Third-Party Plaintiff 2010 CRE Venture, LLC;

13   and Defendant Federal Deposit Insurance Corporation, sued herein in its capacity as Receiver for

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

1   Community Bank of Nevada (the "Parties"), hereby stipulate to dismiss this action, and all

2   claims asserted therein, with prejudice.  The Parties shall be responsible for their own attorneys'

3   fees and costs.

4   DATED:  April 30, 2012                                  DATED:  April 30, 2012

5   BAILEY❖KENNEDY                                          SYLVESTER & POLEDNAK, LTD.

6   By: _/s/ Joseph A. Liebman_____                       By: _/s/ Allyson Noto_____
    JOSEPH A. LIEBMAN                                       ALLYSON NOTO
7   Nevada Bar No. 10125                                    MATTHEW KNEELAND
    8984 Spanish Ridge Avenue                               1731 Village Center Circle
8   Las Vegas, Nevada  89148                                Las Vegas, Nevada  89134
    (702) 562-8820  Telephone                               (702) 952-5200  Telephone
9
    *Attorneys for Plaintiff/Counterdefendant*              *Attorneys for Defendant/Counterclaimant/*
10  *JOHN R. BAILEY, P.C. and*                              *Third-Party Plaintiff 2010-1 CRE Venture,*
    *Third-Party Defendants JOHN R. BAILEY,*                *LLC*
11  *Individually and as Trustee of the JRB-TAT*
    *BAILEY FAMILY TRUST; and TERI ANN*
12  *THOMAS, as Trustee of the JRB-TAT*
    *BAILEY FAMILY TRUST*
13

14  DATED:  April 30, 2012

15  LIONEL SAWYER & COLLINS

16  By: _/s/ Christopher Mathews_____
    CHRISTOPHER MATHEWS
17  ROBERT HERNQUIST
    300 S. 4th Street, Suite 1700
18  Las Vegas, Nevada  89101
    (702) 383-8888  Telephone
19  *Attorneys for Defendant Federal Deposit Insurance*
    *Corporation as Receiver for Community Bank of Nevada*
20

21                            **ORDER**

22          IT IS SO ORDERED.

23          DATED this 8th day of May, 2012.

24                                          _____
25                                          LARRY R. HICKS
                                            UNITED STATES DISTRICT JUDGE

                            3