1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

12  JOHN R. BAILEY, P.C., a Nevada professional )
    corporation,                             )

13                                   )  Case No. 2:12-cv-00131-LRH-GWF

14                  Plaintiff,     )
                               )  **STIPULATION AND ORDER OF**

15      vs.                         )  **DISMISSAL OF ACTION WITH**
                               )  **PREJUDICE**

16  2010-1 CRE VENTURE, LLC, a Delaware  )
    limited liability company; and FEDERAL    )

17  DEPOSIT INSURANCE CORPORATION,  )
    as Receiver for COMMUNITY BANK OF  )

18  NEVADA,                           )
                Defendants,    )

19                                 )

20  _____)
                               )

21  2010-1 CRE VENTURE, LLC, a Delaware  )
    limited liability company,            )

22                Counterclaimant,   )
        vs.                   )

23                                   )
    JOHN R. BAILEY, P.C., a Nevada     )

24  professional corporation,            )
                               )

25              Counterdefendant,  )
    _____)

1

| | |
|---|---|
| 1 | 2010-1 CRE VENTURE, LLC, a Delaware limited liability company, |
| 2 | |
| 3 | Third-Party Plaintiff, |
| | vs. |
| 4 | JOHN R. BAILEY, individually and as Trustee of the JRB-TAT BAILEY FAMILY |
| 5 | TRUST; and TERI ANN THOMAS, as Trustee of the JRB-TAT BAILEY FAMILY |
| 6 | TRUST. |
| 7 | Third-Party Defendants. |

9   Pursuant to Fed. R. Civ. P. 41, Plaintiff/Counterdefendant JOHN R. BAILEY, P.C.;

10  Third-Party Defendants JOHN R. BAILEY, individually and as Trustee of the JRB-TAT

11  BAILEY FAMILY TRUST and TERI ANN THOMAS, as Trustee of the JRB-TAT BAILEY

12  FAMILY TRUST;  Defendant/Counterclaimant/Third-Party Plaintiff 2010 CRE Venture, LLC;

13  and Defendant Federal Deposit Insurance Corporation, sued herein in its capacity as Receiver for

14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///

2

1  Community Bank of Nevada (the "Parties"), hereby stipulate to dismiss this action, and all

2  claims asserted therein, with prejudice.  The Parties shall be responsible for their own attorneys'

3  fees and costs.

4  DATED:  April 30, 2012                          DATED:  April 30, 2012

5  BAILEY❖KENNEDY                          SYLVESTER & POLEDNAK, LTD.

6  By: /s/ Joseph A. Liebman                    By: /s/ Allyson Noto
7  JOSEPH A. LIEBMAN                          ALLYSON NOTO
   Nevada Bar No. 10125                         MATTHEW KNEELAND
8  8984 Spanish Ridge Avenue                1731 Village Center Circle
   Las Vegas, Nevada  89148                  Las Vegas, Nevada  89134
9  (702) 562-8820  Telephone                 (702) 952-5200  Telephone

   *Attorneys for Plaintiff/Counterdefendant*      *Attorneys for Defendant/Counterclaimant/*
10 *JOHN R. BAILEY, P.C. and*                     *Third-Party Plaintiff 2010-1 CRE Venture,*
   *Third-Party Defendants JOHN R. BAILEY,*   *LLC*
11 *Individually and as Trustee of the JRB-TAT*
   *BAILEY FAMILY TRUST; and TERI ANN*
12 *THOMAS, as Trustee of the JRB-TAT*
   *BAILEY FAMILY TRUST*
13

14 DATED:  April 30, 2012

15 LIONEL SAWYER & COLLINS

16 By: /s/ Christopher Mathews
   CHRISTOPHER MATHEWS
17 ROBERT HERNQUIST
   300 S. 4th Street, Suite 1700
18 Las Vegas, Nevada  89101
   (702) 383-8888  Telephone
19 *Attorneys for Defendant Federal Deposit Insurance*
   *Corporation as Receiver for Community Bank of Nevada*
20

21                          **ORDER**

22         IT IS SO ORDERED.

23         DATED this 8th day of May, 2012.

24                                               _____
25                                               LARRY R. HICKS
                                                UNITED STATES DISTRICT JUDGE

3